# PROCEEDING MEMO

Date: 12/02/2020 01:30 pm

In re:   MKGFB, Inc.

Bankruptcy No. 19-24391-CMB
Chapter: 11 (Not a Small Business)
Doc. # 121

**Appearances Via Zoom :** Eric Bononi, Esq.
Beth Slaby, Esq.
Brent Lemon, Esq.
Greg Szallar, Esq.

**Nature of Proceeding:** #121 Continued Motion for Leave to Update Claim to Administrative Claim

**Additional Pleadings:** #122 Notice of Hearing
#124 Amended Certificate of Service
#138 Objection (Limited) of S&T Bank
#156 Proceeding Memo dated 10/6/2020

**Judge's Notes:**
- Lemon: Regarding sale, still awaiting funding.
- Szallar: Notified that SBA processing times are taking longer. Believe can close by 1/15/21.
- Bononi: Have to update expenses as well. Landlord is heating the premises. Numerous other bills. Buyer refused to pay.
- Slaby: Would like a hard deadline. Still incurring fees as well. If sale does not close, makes sense to expose to bidding.
- Szallar: no objection to 1/15 deadline.
OUTCOME:
- Attorney Lemon to draft order extending closing deadline to 1/15.
- Buyer should consider funding some of the costs since beyond original closing deadline. Parties to discuss that.
- Continued to 1/19 at 1:30pm. In the meantime, parties to attempt to narrow down and work together regarding this administrative claim. If sale did not close, Attorney Lemon to come prepared on 1/19 to discuss how intend to proceed.

FILED
12/2/20 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**